UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In The Matter Of Non-Cash Collateral     )
                                         )     **ORDER**
at San Francisco, California             )

The Clerk of Court has advised the court that the non-cash collateral items posted as security in the below listed cases are still in the court's possession. The cases are closed and the posted items should be returned to the property owners, therefore,

**IT IS ORDERED** that the bonds are exonerated and the Clerk of the Court is directed to return the non-cash collateral items for the below listed cases to the property owners.

| CASE NUMBER | CASE NAME | NON-CASH COLLATERAL ITEM |
|---|---|---|
| 3:78-CR-00440 LHB | U.S. V PIERRE J. SANTINI | Unrecorded Quitclaim Deed of Pierre J. Santini and Susan I. Santini |
| 3:88-CR-00168 CAL | U.S. V MARK STEPHEN GAYER | 1. Mortgage Deed/Note No. 88126758 of Lillian Abrams<br>2. Mortgage Deed/Note Rec. 13629 Pg. 477 & 478, 88R110945 by Lillian Abrams<br>3. Mortgage Deed/Note Rec. 13629 Pg. 462 & 463, 88R110942 by Lillian Abrams<br>4. Mortgage Deed/Note Rec. 13629 Pg. 465 & 466, 88R110941 by Lillian Abrams<br>5. Mortgage Deed/Note Rec. 13629 Pg. 468 & 469, 88R110942 by Lillian Abrams<br>6. Mortgage Deed/Note Rec. 13629 Pg. 471 & 472, 88R110943 by Lillian Abrams<br>7. Mortgage Deed/Note Rec. 13629 Pg. 474 & 475, 88R110944 by Lillian Abrams |
| 3:01-CR-00078 MMC | U.S. V KUTIDA PENSAKUL-BARKLEY | Deed of Trust Document No. 2001-7409-8 of Pensakul Kuntida aka Kuntida Pensakul |
| 3:87-CV-05774 CAL | Twenty First Century Venture Partners vs Thomas J. Sherwood | 1. Certificate No. 309 certifies Thomas P. DeMund is the owner of One Unit of Limited Partnership Interests in Twenty-First Century Venture Partners.<br>2. 465,411 Shares of Stocks Certificate No. 58 for Cardiac Rehab Corp by Thomas P. DeMund. |
| 3:88-CR-00180 TEH | U.S. V AGHA KHAN | Deed of Trust Document No. 88039753 of Agha and Kamrul Khan |
| 3:97-30202 OEW | U.S. V JOAQUIN TORRES | CERTIFICATE OF TITLE #CA19759419 VEHICLE ID #MTPCPH6021781, PLATE #9A33032 OF TORRES MARIA OR TORRES JOAQUIN |

DATED: 11/1/12

U.S. DISTRICT COURT JUDGE